**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

Case No.: 20-18973-SMG

GECKO PARKS, LLC

    Debtor-in-Possession.
_____/

**CORPORATE OWNERSHIP STATEMENT**

    Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B), <u>GECKO PARKS, LLC.</u>, a (check one):

[X]  Corporate Debtor
[  ]  Party to an adversary proceeding
[  ]  Party to a contested matter
[  ]  Member of committee of creditors

makes the following disclosure(s):

All corporations, other than a governmental unit, that directly or indirectly own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

_____

OR

[ X ]  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this 20th day of August, 2020.

    **VAN HORN LAW GROUP, P.A.**
    330 N Andrews Ave., Suite 450
    Fort Lauderdale, FL 33301
    Telephone: (954) 765-3166
    Facsimile: (954) 756-7103
    Email: Chad@cvhlawgroup.com

    By: /s/  **Chad Van Horn, Esq.**
        Chad Van Horn, Esq.
        Florida Bar No. 64500